IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **ROBERT FABIAN.** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No. 09-2305-STA-dkv |
| ) | |
| **FULMER HELMETS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Plaintiff's Motion to Remand (D.E. # 6), filed on June 15, 2009. On July 22, 2009, the Magistrate Judge recommended that Plaintiff's Motion be denied. Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation within the time permitted. Having reviewed the Magistrate Judge's report and recommendation de novo, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's report and **DENIES** Plaintiff's Motion to Remand.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:   September 30, 2009