*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| **ROBERT FABIAN, individually and behalf of others similarly situated,** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **FULMER HELMETS, INC. and DOES 1-10** | **CASE NO: 09-2305-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Granting Defendant's Motion To Dismiss entered on December 1, 2009, this cause is hereby dismissed.

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 12/2/2009**
                                            **THOMAS M. GOULD**
                                            **Clerk of Court**

                                            **s/Terry L. Haley**
                                            **(By)  Deputy Clerk**