IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROBERT FABIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FULMER HELMETS, INC.,<br><br>Defendant. | Case No. 09-cv-02305-STA-dkv<br><br>Hon. Robert H. Cleland<br>U.S. District Judge<br><br>Hon. Diane K. Vescovo<br>U.S. District Magistrate |

## ENTRY OF JUDGMENT

In accordance with the Final Order Approving Settlement and Granting Motion for Attorney Fees (Doc. 67), final judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on September 25, 2012.

THOMAS M. GOULD, CLERK

/s/Lisa Wagner
Case Manager and Deputy Clerk to
United States District Judge Robert H. Cleland

1

APPROVED FOR ENTRY:


/s/ James G. Stranch, III
James G. Stranch, III (#002542)
J. Gerard Stranch, IV (#023045)
**BRANSTETTER, STRANCH**
**& JENNINGS, PLLC**
227 Second Avenue North, Fourth Floor
Nashville, TN 37201-1631
gstranch@branstetterlaw.com
jstranch@branstetterlaw.com
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

Simon B. Paris, Esquire
**SALTZ, MONGELUZZI, BARRETT**
**& BENDESKY, P.C.**
One Liberty Place
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
sparis@smbb.com
Telephone: (215) 496-8282
Facsimile: (215) 496-0909

*Counsel for Plaintiff and the Class*